UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Beverly B., | Case No. 2:23-cv-01234-JAD-DJA |
| Plaintiff, | |
| v. | **Order** |
| Frank Bisignano, Commissioner of Social Security, | |
| Defendant. | |

This matter is before the Court on Plaintiff's status report. (ECF No. 28). The Court previously noted that Plaintiff's brief was overdue, but also noted that it did not appear that Plaintiff had received a copy of the certified administrative record. (ECF No. 25). So, the Court asked Plaintiff to file a status report explaining whether she had received a copy of the certified administrative record and, if so, the method by which she received it. (*Id.*).[1]

Plaintiff timely filed her status report. (ECF No. 28). In that status report, Plaintiff did not explain whether she received the certified administrative record, but stated that she does not have an address and so asked that she receive documents by email. (*Id.*). Plaintiff also filed a notice updating her email address (ECF No. 26) and a consent for electronic service of documents (ECF No. 27).

Because it is still unclear whether Plaintiff received a copy of the certified administrative record, the Court will extend the deadline by which Plaintiff must file her brief.[2] *See* Fed. R. Civ.

---

[1] In that order, the Court also denied Plaintiff's motion for appointment of counsel. (ECF No. 25). However, the Court denied that motion without prejudice, meaning that Plaintiff may file another motion for appointment of counsel if she chooses.

[2] Title XIV of the Federal Rules of Civil Procedure outlines the Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g). These rules can be found online at https://www.law.cornell.edu/rules/frcp/supplemental-rules-for-social-security-actions-under-42-

1  P. 6(b); *see* Supp. R. Soc. Sec. 6, 7, 8 advisory committee's note to 2022 amendment (stating that
2  the Court may revise times for filing a brief under Rule 6 when appropriate).  The Court will
3  further require the Commissioner to serve the certified administrative record on Plaintiff by email
4  given her renewed consent to electronic service of documents.  (ECF No. 27).  The Court will
5  also require Plaintiff to file a status report explaining whether she received the certified
6  administrative record.  The Court reminds Plaintiff that she may again move for appointment of
7  counsel if she chooses.  The Court further informs Plaintiff that failure to comply with this order
8  may result in the recommended dismissal of her case.

9   **IT IS THEREFORE ORDERED** that the Commissioner must serve the certified
10  administrative record on Plaintiff by email on or before **October 17, 2025.**

11   **IT IS FURTHER ORDERED** that, on or before **October 31, 2025,** Plaintiff must file a
12  status report with the Court regarding whether she received the certified administrative record
13  from the Commissioner.

14   **IT IS FURTHER ORDERED** that Plaintiff's brief under Rule 6 of the Supplemental
15  Rules is due on or before **December 16, 2025.**  Response briefs under Rule 7 and reply briefs
16  under Rule 8 of the Supplemental Rules are due in the ordinary course.

17   **IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff
18  a copy of this order via email at her updated email address, mrs.bblanch@gmail.com.  The Clerk
19  of Court is further kindly directed to update Plaintiff's email address on the docket to reflect her
20  new email, mrs.bblanch@gmail.com.

---

25  U.S.C.-405-g.  Under Rule 6 of that Title, "[t]he plaintiff must file and serve on the
26  Commissioner a brief for the requested relief within 30 days after the answer is filed or 30 days
    after entry of an order disposing of the last remaining motion filed under Rule 4(c), whichever is
27  later."  Under Rule 4(b), an "answer may be limited to a certified copy of the administrative
    record…"  In this case, the Commissioner filed the certified copy of the administrative record on
28  September 18, 2024.  (ECF No. 18).  So, Plaintiff's brief was due on October 18, 2024.

1  **IT IS FURTHER ORDERED** that if Plaintiff fails to timely comply with the
2  requirements in this order, the Court may recommend dismissal of this action without prejudice.
3
4  DATED: October 3, 2025
5
6  _____
   DANIEL J. ALBREGTS
   UNITED STATES MAGISTRATE JUDGE