UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Beverly B., <br><br> Plaintiff <br> v. <br><br> Frank Bisignano, Commissioner of Social Security, <br><br> Defendant | Case No.: 2:23-cv-01234-JAD-DJA <br><br> **Order Adopting Report and Recommendation and Dismissing Case** <br><br> [ECF No. 31] |

  Pro se plaintiff Beverly B. appeals the denial of her social-security benefits. But she never filed an opening brief and has not appeared in this case since September 10, 2025.[1] In October, the magistrate judge ordered the plaintiff to comply with various court deadlines and warned her that the failure to comply may result in a recommendation to dismiss her case.[2] Plaintiff missed the first deadline and hasn't filed anything else, so the magistrate judge now recommends that this case be dismissed for failure to comply with court orders.[3] The deadline to object to this recommendation was November 20, 2025, and the plaintiff didn't file anything or ask to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[4] Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

  IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 31] is ADOPTED** in its entirety, and **THIS CASE IS DISMISSED** for the reasons

---

[1] *See* ECF No. 28.

[2] ECF No. 29 at 2 (directing plaintiff to file a status report by October 31, 2025, and informing her that her opening brief is due on December 16, 2025).

[3] ECF No. 31.

[4] *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

stated in the report and recommendation. The Clerk of Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
December 1, 2025